UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-857 DSD/JMM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCES EARLES,<br>A/K/A FRANCES KUHN,<br><br>Defendant. | ) | ORDER |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 3 day of April, 2001.

UNITED STATES MAGISTRATE JUDGE

APR - 3 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK